No. 554, Misc. IN RE CHESTER. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for the State of California.

No. 572, Misc. ALLOCCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon Polsky* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 661, Misc. STACEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 664, Misc. YOUNG *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 670, Misc. MORROW *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 673, Misc. WRIGHT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 799, Misc. FAUST *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *T. W. Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Assistant Attorney General, for respondent.